THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Lawrence
 Barron, Appellant,
 v.
 State of South
 Carolina, Respondent.
 
 
 

Appeal From Charleston County
Daniel F. Pieper, Circuit Court Judge
Unpublished Opinion No.  2010-UP-239
Submitted April 1, 2010  Filed April 14,
 2010
Affirmed

 
 
 
 Lawrence Barron, pro se, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Assistant Attorney General Colleen E. Dixon, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Lawrence Barron appeals the post-conviction relief
 (PCR) court's dismissal of his petition for a writ of habeas corpus, arguing a
 writ of habeas corpus is not subject to the procedural requirements of a PCR
 application.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authority: Keeler v. Mauney, 330 S.C. 568, 571, 500 S.E.2d 123, 124 (Ct.
 App. 1998) ("A person is procedurally barred from petitioning the circuit
 court for a writ of habeas corpus where the matter alleged is one which could
 have been raised in a PCR application.").
Affirmed.
HUFF,
 THOMAS, and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.